# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-20-00442-CR

**David Hernandez Guerrero, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY,
### NO. CR2017-200, THE HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant David Hernandez Guerrero seeks to appeal a judgment of conviction for possession of a controlled substance with intent to deliver. *See* Tex. Health & Safety Code § 482.112(d). The trial court has certified that Guerrero waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Baker and Smith

Dismissed for Want of Jurisdiction

Filed: January 12, 2021

Do Not Publish